WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| State of Arizona, | No. CV-21-01278-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| $8,025.00 in U.S. Currency, et al., | |
| Defendants. | |
| Clay Lindell Villanueva | |
| Claimant. | |

Pending before the Court is Claimant's unopposed motion for extension of time to file a notice of appeal.  (Doc. 26).  The motion seeks an extension of time to file a notice of appeal until "the date of entry of judgment on the motion for attorney's fees."  (Doc. 26-1 at 1).  This request is problematic for three reasons.

First, here Claimant seeks to appeal this Court's order remanding this case to State court.  Generally, remand orders are not appealable.  28 U.S.C. § 1447(d) ("An order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise….).  While there are exceptions to this rule, Claimant does not argue that any such exception would apply in this case.  Thus, the Court is not inclined to extend the time to do something Claimant is not permitted to do.

Second, Federal Rule of Appellate Procedure 4(a) states "If a party **files** any of the following motions… [for attorney's fees] …." (emphasis added).  Here, Claimant seeks an

extension of time until this Court rules on Plaintiff's to-be-filed motion for attorney's fees. In other words, no motion for attorney's fee is yet on file, and none is due before the notice of appeal is due.  Thus, Federal Rule of Appellate Procedure 4(a) is not satisfied because no one has **filed** any motion listed therein.   Additionally, Federal Rule of Appellate Procedure 4(a)(5)(C) states, "No extension under this Rule 4(a)(5) may exceed 30 days after the prescribed time or 14 days after the date when the order granting the motion is entered, whichever is later." The Court is not inclined to grant an extension of time that may never come to fruition.  In other words, if Plaintiff decides not to file a motion for attorney's fee, the extension of time until "the date of entry of judgment on the motion for attorney's fee" could never be calculated consistent with Federal Rule of Appellate Procedure 4(a)(5)(C).

Third, Claimant seeks an extension of time until "judgment" enters on the to-be-filed motion for attorney's fees.  However, under Federal Rule of Civil Procedure 58(a)(3), the Clerk of the Court does not enter a judgment on attorney's fees motions filed under Federal Rule of Civil Procedure 54.  Thus, this is another trigger that will not come to fruition, inconsistent with Federal Rule of Appellate Procedure 4(a)(5)(C).

Thus, for all of the foregoing reasons,

**IT IS ORDERED** that the motion for extension of time to file a notice of appeal (Doc. 26) is denied.

Dated this 1st day of December, 2021.

James A. Teilborg
Senior United States District Judge